## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GAREY,<br><br>                    Plaintiff,<br><br>        v.<br><br>BOROUGH OF QUAKERTOWN, et al.,<br><br>                    Defendant. | CIVIL ACTION NO. 12-0799 |

## ORDER

**AND NOW**, this 1st  day of July, 2013, upon consideration of Defendants' Motion for Summary Judgment (ECF 22), Plaintiff's Response (ECF 26), and Defendants' Reply (ECF 28), and for the reasons stated in the accompanying Memorandum of Law, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **DENIED.**

BY THE COURT:

**/s/  Timothy J. Savage**

_____

**Michael M. Baylson, U.S.D.J.**

O:\SARA\GAREY V. QUAKERTOWN\ORDER.DOCX